IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDDIE DEVON CHILDS,<br><br>             Plaintiff,<br>v.<br><br>SOUTHWEST COMMUNITY FEDERAL CREDIT UNION, JENNY T. JONES, and STEVEN W. BECKSTROM,<br><br>             Defendants. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:12-cv-347<br><br>District Judge David Nuffer |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse issued on March 25, 2013[1], recommending that this Court: (1) grant the motion to dismiss filed by Defendants Southwest Community Federal Credit Union, Jenny T. Jones, and Steven W. Beckstrom [2]; (2) dismiss this action without prejudice because the court lacks subject matter jurisdiction; and (3) deem as moot Plaintiff's Motion for Discovery.[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b).  As of the date of this order, the Court has not received any objections to the Report and Recommendation from any of the parties.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)(3), the Court has reviewed de novo all materials, including the record that was before the magistrate judge and the reasoning

---

[1] Docket no. 17.

[2] Docket no. 3, filed May 8, 2012.

[3] Docket no. 11, filed June 20, 2012.

set forth in the Report and Recommendation.  The Court agrees with the analysis and conclusion of the magistrate judge, and will adopt the Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation (docket no. 17) is ADOPTED.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendants Southwest Community Federal Credit Union, Jenny T. Jones, and Steven W. Beckstrom (docket no. 3) is GRANTED.

IT IS FURTHER ORDERED that the above-captioned matter is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's motion for discovery (docket no. 11) is deemed MOOT.

Signed April 12, 2013.

BY THE COURT

David Nuffer
United States District Judge